IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3157 |
| | ) | |
| v. | ) | |
| | ) | |
| MOBILITY SPECIALISTS, | ) | ORDER ON ORAL MOTION TO |
| | ) | RESCHEDULE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

During a telephone conference with chambers today, Assistant United States Attorney Alan L. Everett requested that the hearing begin one hour earlier than scheduled. Mr. Robert B. Creager, counsel for the defendant expressed no opposition to the request. Therefore,

IT IS ORDERED that:

1. the oral motion to change the time for the commencement of the sentencing hearing in the above-titled case is granted;

2. the sentencing hearing shall commence at 9:00 a.m. on January 26, 2009, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. Mark Allen Frederick shall be present for the hearing on behalf of defendant Mobility Specialists.

Dated January 23, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge